SNYDER MOSER, PLAINTIFF-RESPONDENT, v. MILNER HOTELS, INC., DEFENDANT-PETITIONER.

See same case below: 8 *N. J. Super.* 159.

*Messrs. Kahn & Schildkraut* for the petitioner.

October 23, 1950.   Granted.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. ANTHONY ADAMO, DEFENDANT-PETITIONER.

See same case below: 9 *N. J. Super.* 7.

*Messrs. Rothbard, Harris & Oxfeld* for the petitioner.

*Mr. Walter G. Winne* and *Mr. Wallace S. DePuy* for the respondent.

October 23, 1950.   Denied.